Geo. F. DUGGER and C. L. Grindstaff, Appellants, v. John I. COX, Receiver of First National Bank of Elizabethton, Tennessee, Appellee.

No. 7911.

Circuit Court of Appeals, Sixth Circuit.

April 15, 1938.

Hallie K. Riner and J. Malcolm Shull, both of Elizabethton, Tenn., for appellants.

Joseph A. Caldwell, of Bristol, Tenn., for appellee.

PER CURIAM.

This cause having been submitted upon motion to dismiss the appeal, the court being advised now files its written memorandum herein and it is thereupon ordered and adjudged that the appeal be, and the same is, dismissed.

Appeal dismissed.

DURADENE COMPANY, Inc., Appellant, v. M. Hampton MAGRUDER, Collector of Internal Revenue for the United States for the District of Maryland, Appellee.

No. 4320.

Circuit Court of Appeals, Fourth Circuit.

April 14, 1938.

David Hettleman, of Baltimore, Md., for appellant.

Frederick G. Rita, Sp. Asst. to Atty. Gen. (James W. Morris, Asst. Atty. Gen., Sewall Key and Norman D. Keller, Sp. Assts. to Atty. Gen., and Bernard J. Flynn, U. S. Atty., and G. Randolph Aiken, Asst. U. S. Atty., both of Baltimore, Md., on the brief), for appellee.

Before NORTHCOTT and SOPER, Circuit Judges and HAYES, District Judge.

PER CURIAM.

For the reasons given in the opinion of the judge below, 21 F.Supp. 426, which is adopted as the opinion of this court, the judgment is affirmed.

Affirmed.

N. B. EARLY, Jr., Collector of Internal Revenue for the Collection District of Virginia, as Successor in Office to R. C. L. Moncure, Former Collector of Internal Revenue, Appellant, v. PETERSBURG SAVINGS & AMERICAN TRUST COMPANY, as Successor of Petersburg Savings & Trust Company, Appellee.

No. 4315.

Circuit Court of Appeals, Fourth Circuit.

Feb. 5, 1938.

Sterling Hutcheson, U. S. Atty., and John V. Cogbill, Asst. U. S. Atty., both of Richmond, Va., for appellant.

H. C. Kilpatrick, of Washington, D. C., and Oliver A. Pollard, of Petersburg, Va., for appellee.

PER CURIAM.

Case dismissed under rule 20 in accordance with agreement of counsel.